UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
PRAH, JAMES V JR. §     Case No. 10-27119
§
           Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

   4. The trustee realized gross receipts of                    $

           Funds were disbursed in the following amounts:

           Payments made under an interim
           disbursement
           Administrative expenses
           Bank service fees
           Other payments to creditors
           Non-estate funds paid to 3rd Parties
           Exemptions paid to the debtor
           Other payments to the debtor

           Leaving a balance on hand of[1]               $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/R. SCOTT ALSTERDA, TRUSTEE_____
                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

Case No:  10-27119   ERW   Judge: EUGENE R. WEDOFF  
Case Name:  PRAH, JAMES V JR.  

Trustee Name:  R. SCOTT ALSTERDA, TRUSTEE  
Date Filed (f) or Converted (c):  06/16/10 (f)  
341(a) Meeting Date:  08/26/10  
Claims Bar Date:  02/22/11  

For Period Ending: 07/18/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6332 West Fitch; Chicago, Illinois 60646 | 134,250.00 | 0.00 | DA | 0.00 | FA |
| 2. 6420 South Oakley; Chicago, Illinois | 50,000.00 | 0.00 | DA | 0.00 | FA |
| 3. 6446 South Hermitage; Chicago, Illinois | 125,000.00 | 0.00 | DA | 0.00 | FA |
| 4. Legacy Dunes, Kissimee, Florida. Purchased in 2007 | 45,000.00 | 0.00 | DA | 0.00 | FA |
| 5. Bank of America joint checking account, joint with | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6. Savings account, joint with wife | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 7. Life Insurance (Term) 250,000 | 1.00 | 0.00 | DA | 0.00 | FA |
| 8. Life Insurance (Term) 250,000 | 1.00 | 0.00 | DA | 0.00 | FA |
| 9. Illinois Trition Svaings account | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. IRA - wife's | 25,000.00 | 0.00 | DA | 0.00 | FA |
| 11. Chicago Defense Comp | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. Chicago Pension (non-ventu) | 0.00 | 0.00 | DA | 0.00 | FA |
| 13. Centerline Real Estate, An Illinois Corporation. N | 0.00 | 0.00 | DA | 0.00 | FA |
| 14. H & P Investments, LLC an Illinois Corporation. Ow | 100,000.00 | 0.00 | DA | 0.00 | FA |
| 15. Gateway Farms Inc | 1.00 | 0.00 | DA | 0.00 | FA |
| 16. 2009 tax refund: estimated $20,000 accountant Jack | 0.00 | 0.00 | DA | 10,524.50 | FA |
| 17. 2001 Ford Expedtion | 205,000.00 | 0.00 | DA | 0.00 | FA |
| 18. 2000 Infiniti 245 | 140,000.00 | 0.00 | DA | 0.00 | FA |
| 19. Post-Petition Interest Deposits (u) | Unknown | N/A |  | 2.11 | Unknown |

TOTALS (Excluding Unknown Values)   $829,253.00   $0.00      $10,526.61   

Value of Remaining Assets  
$0.00  
(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Report, Fee Applications, Distribution and Final Account.

Initial Projected Date of Final Report (TFR): 07/31/11        Current Projected Date of Final Report (TFR): 07/30/12

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 10-27119 -ERW | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | PRAH, JAMES V JR. | Bank Name: | BANK OF AMERICA, N.A. |
|  |  | Account Number / CD #: | *******9122  BofA - Money Market Account |
| Taxpayer ID No: | *******7448 |  |  |
| For Period Ending: | 07/18/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 11/19/10 | 16 | James V. Prah, Jr.<br>6332 W. Fitch Ave.<br>Chicago, IL 60646 | Federal Tax Refund<br>50% of federal tax refund for 2009 | 1124-000 | 9,354.00 |  | 9,354.00 |
| 11/19/10 | 16 | James V. Prah, Jr.<br>6332 W. Fitch Ave.<br>Chicago, IL 60646 | State Tax Refund<br>50% of state tax refund | 1124-000 | 1,170.50 |  | 10,524.50 |
| 11/30/10 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 |  | 10,524.58 |
| 12/31/10 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.27 |  | 10,524.85 |
| 01/31/11 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.27 |  | 10,525.12 |
| 02/07/11 | 000301 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Blanket Bond (Int'l Sureties, Inc) | 2300-000 |  | 8.42 | 10,516.70 |
| 02/28/11 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 |  | 10,516.78 |
| 03/31/11 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 |  | 10,516.87 |
| 04/29/11 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 |  | 10,516.95 |
| 05/31/11 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 |  | 10,517.04 |
| 06/30/11 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 |  | 10,517.13 |
| 07/29/11 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 |  | 10,517.21 |
| 08/31/11 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 |  | 10,517.31 |
| 09/30/11 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 |  | 10,517.40 |
| 10/31/11 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 |  | 10,517.49 |
| 10/31/11 |  | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 |  | 13.40 | 10,504.09 |
| 11/30/11 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 |  | 10,504.18 |
| 11/30/11 |  | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 |  | 12.95 | 10,491.23 |
| 12/30/11 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 |  | 10,491.32 |
| 12/30/11 |  | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 |  | 12.93 | 10,478.39 |
| 01/31/12 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 |  | 10,478.48 |
| 01/31/12 |  | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 |  | 13.74 | 10,464.74 |
| 02/29/12 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 |  | 10,464.82 |
| 02/29/12 | 000302 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Blanket Bond (Int'l Sureties, Inc) | 2300-000 |  | 8.38 | 10,456.44 |
| 02/29/12 |  | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 |  | 12.44 | 10,444.00 |
| 03/30/12 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 |  | 10,444.09 |
| 03/30/12 |  | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 |  | 12.84 | 10,431.25 |
| 04/30/12 | 19 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.09 |  | 10,431.34 |
| 04/30/12 |  | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 |  | 13.25 | 10,418.09 |
| 05/31/12 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 |  | 10,418.18 |
| 05/31/12 |  | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 |  | 13.24 | 10,404.94 |
| 06/29/12 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 |  | 10,405.02 |
| 06/29/12 |  | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 |  | 12.37 | 10,392.65 |

**Total Of All Accounts   10,392.65**

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 23, 2012 |
|---|---|---|---|---|---|---|

Case Number: 10-27119  
Debtor Name: PRAH, JAMES V JR.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000005<br>001<br>3120-00 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Administrative | | $524.00 | $0.00 | $524.00 |
| BOND<br>999<br>2300-00 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Administrative | | $16.80 | $16.80 | $0.00 |
| 000003<br>040<br>5800-00 | Department of Treasury<br>Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Priority | | $500.00 | $0.00 | $500.00 |
| 000001<br>070<br>7100-00 | BankFinancial, FSB c/o George Kontos<br>Portfolio Banking Representative<br>15W060 N. Frontage Road<br>Burr Ridge, IL 60527 | Unsecured | | $183,231.52 | $0.00 | $183,231.52 |
| 000002<br>070<br>7100-00 | Discover Bank<br>Dfs Services LLC<br>PO box 3025<br>New Albany, OH 430-3025 | Unsecured | | $8,598.91 | $0.00 | $8,598.91 |
| 000004<br>070<br>7100-00 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Avenue, suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $1,537.76 | $0.00 | $1,537.76 |
| | Case Totals: | | | $194,408.99 | $16.80 | $194,392.19 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-27119
Case Name: PRAH, JAMES V JR.
Trustee Name: R. SCOTT ALSTERDA, TRUSTEE

  Balance on hand  $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Expenses: Ungaretti & Harris LLP | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

 Total to be paid for chapter 7 administrative expenses $_____

 Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

 In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ must be paid in advance of any dividend to general (unsecured) creditors.

 Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Department of Treasury | $ | $ | $ |

    Total to be paid to priority creditors      $_____

    Remaining Balance      $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | BankFinancial, FSB c/o George Kontos | $ | $ | $ |
| 000002 | Discover Bank | $ | $ | $ |
| 000004 | Capital Recovery III LLC | $ | $ | $ |

    Total to be paid to timely general unsecured creditors      $_____

    Remaining Balance      $_____

    Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

    Tardily filed general (unsecured) claims are as follows:

    NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE