UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PRAH, JAMES V JR. | § | Case No. 10-27119 ERW |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that R. SCOTT ALSTERDA, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT
219 South Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/12/2012 in Courtroom 744,
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: /s/ R. SCOTT ALSTERDA, TRUSTEE

*R. SCOTT ALSTERDA, TRUSTEE*
*3500 THREE FIRST NATIONAL PLAZA*
*70 WEST MADISON AVENUE*
*CHICAGO, IL 60602-4283*

UST Form 101-7-NFR (5/1/2011) (Page: 1)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:   §
   §
PRAH, JAMES V JR.   §   Case No. 10-27119
   §
   Debtor(s)   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,526.61 |
| and approved disbursements of | $ | 133.96 |
| leaving a balance on hand of[1] | $ | 10,392.65 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA, TRUSTEE | $ 1,802.66 | $ 0.00 | $ 1,802.66 |
| Attorney for Trustee Expenses: Ungaretti & Harris LLP | $ 524.00 | $ 0.00 | $ 524.00 |
| Other: International Sureties, Ltd. | $ 16.80 | $ 16.80 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,326.66 |
| Remaining Balance | | $ | 8,065.99 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 500.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Department of Treasury | $ 500.00 | $ 0.00 | $ 500.00 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 500.00 |
| Remaining Balance | $ 7,565.99 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 193,368.19 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | BankFinancial, FSB c/o George Kontos | $ 183,231.52 | $ 0.00 | $ 7,169.37 |
| 000002 | Discover Bank | $ 8,598.91 | $ 0.00 | $ 336.45 |
| 000004 | Capital Recovery III LLC | $ 1,537.76 | $ 0.00 | $ 60.17 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 7,565.99 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ R. SCOTT ALSTERDA, TRUSTEE

*R. SCOTT ALSTERDA, TRUSTEE*
*3500 THREE FIRST NATIONAL PLAZA*
*70 WEST MADISON AVENUE*
*CHICAGO, IL 60602-4283*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-27119-ERW
James V. Prah                                                         Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: cgreen           Page 1 of 3           Date Rcvd: Aug 10, 2012
                             Form ID: pdf006        Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2012.
```
db          +James V. Prah, Jr.,   6332 West Fitch,   Chicago, IL 60646-1016
15722334    +American,   10440 Little Patuxent Parkway,   Columbia, MD 21044-3531
15722333    +American,   10440 Little Patuxent Parkway P.O. Box,   Columbia, MD 21044-3531
15722335     Amex,   P.O. Box 297871,   Fort Lauderdale, FL 33329-7871
15722338    +Bachomelns,   450 American St,   Simi Valley, CA 93065-6285
15801428    +BankFinancial, FSB c/o George Kontos,   Portfolio Banking Representative,
              15W060 N. Frontage Road,   Burr Ridge, IL 60527-6928
15722339    +Bk Of Amer,   475 Crosspoint Pkwy,   Getzville, NY 14068-1609
15722340    +Bkunited,   4350 Sheridan Street,   Hollywood, FL 33021-3556
15722341     Bp/Citi,   Po Box 15687,   Wilmington, DE 19850
15722342   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,   Po Box 85015,   Richmond, VA 23285)
15722343    +Chase,   201 N Walnut Street Mailstop De1-1027,   Wilmington, DE 19801-2920
15722344    +Chase,   10790 Rancho Bernardo Rd,   San Diego, CA 92127-5705
15722346     Citi,   P.O. Box 6500 C/O Citi Corp,   Sioux Falls, SD 57117-6500
15722348    +Coletaylor,   5501 West 79th St,   Burbank, IL 60459-1395
15722349    +Crowley & Lamb PC,   221 N. LaSalle Street,   Suite 1550,   Chicago, Il 60601-1224
15722352    +Gmac Mtg,   3451 Hammond Ave,   Waterloo, IA 50702-5300
15722354   ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc/Bsbuy,   Po Box 15519,   Wilmington, DE 19850)
15722353    +Hsbc Bank,   Po Box 19360,   Portland, OR 97280-0360
15722355    +Hsbc/Mnrds,   90 Christiana Road,   New Castle, DE 19720-3118
15722356    +Illinois Department of Revenue,   Bankruptcy Section,   PO Box 64338,   Chicago, IL 60664-0338
15722357    +Illinois Dept of Employmnt Security,   33 S. State Street,   10 th Floor,
              Chicago, IL 60603-2803
15722360    +Ntl City,   1 Cascade Plaza,   Akron, OH 44308-1136
15722361    +Peoplesene,   130 E. Randolph Drive,   Chicago, IL 60601-6302
15722362    +Rnb-Field3,   3701 Wayzata Blvd Mail Stop #2-Cf,   Minneapolis, MN 55416-3401
15722364    +Thd/Cbsd,   Ccs Gray Ops Center 541 Sid Martin Rd,   Gray, TN 37615-6210
15722365     Wach Mtg,   3348 Lakeshore Ave,   Oakland, CA 94610-2383
15722366    +Wellsfargo,   405 Sw 5th St,   Des Moines, IA 50309-4600
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15722337    +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Aug 11 2012 00:18:45     Auroraloan,
              601 5th Avenue,   Scottsbluff, NE 69361-3581
16704895     E-mail/PDF: rmscedi@recoverycorp.com Aug 11 2012 02:05:02     Capital Recovery III LLC,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
15722345    +E-mail/Text: jpigott@patrolmensfcu.org Aug 11 2012 00:21:45     Chgo Pm Cu,
              1407 West Washington Blvd,   Chicago, IL 60607-1820
16471123     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 11 2012 02:04:26     Discover Bank,
              Dfs Services LLC,   PO Box 3025,   New Albany, OH  43054-3025
15722350     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 11 2012 02:04:26     Discovr Cd,
              Po Box15316 Att:Cms/Prod Develop,   Wilmington, DE 19850-5316
15722351     E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2012 02:35:32     Gemb/Abt,   Po Box 981439,
              El Paso, TX 79998-1439
15722358     E-mail/Text: cio.bncmail@irs.gov Aug 11 2012 00:16:06     Department of the Treasury,
              Internal Revenue Service,   POB 21126,   Philadelphia, PA 19114
15722359    +E-mail/Text: resurgentbknotifications@resurgent.com Aug 11 2012 00:16:43     Lvnvfundg,
              Po Box 10584,   Greenville, SC 29603-0584
15722336     E-mail/PDF: cbp@slfs.com Aug 11 2012 02:34:41     Amgnl,   5124 N Harlem Ave.,
              Harwood Heights, IL 60706
                                                                                             TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15722347   ##+Citimortge,   5280 Corporate Dr Po Box 9442- Dept 025,   Gaithersburg, MD 20898-9442
15722363   ##+Sharon Davis,   6446 South Hermitage,   Chicago, IL 60636-2706
                                                                                 TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

Certificate of Notice    Page 6 of 7

```
District/off: 0752-1          User: cgreen              Page 2 of 3              Date Rcvd: Aug 10, 2012
                              Form ID: pdf006           Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 12, 2012**                **Signature:**      _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: cgreen              Page 3 of 3               Date Rcvd: Aug 10, 2012
                              Form ID: pdf006           Total Noticed: 36
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2012 at the address(es) listed below:

        David C. Nelson    on behalf of Debtor James Prah dcnelson@nelsonlawoffice.com, deanna.trejo@nelsonlawoffice.com
        Francis J. Pendergast    on behalf of Creditor  BankFinancial, FSB fpendergast@crowleylamb.com
        Joel P Fonferko    on behalf of Creditor  GMAC Mortgage, LLC ND-Two@il.cslegal.com
        Patrick F Ross    on behalf of Trustee R Alsterda pfross@uhlaw.com, kburde@uhlaw.com;rjanczak@uhlaw.com;TEFiester@uhlaw.com;KAMcLoud@uhlaw.com;keedeus@uhlaw.com;sgfeibus@uhlaw.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        R Scott Alsterda    on behalf of Trustee R Alsterda rsalsterda@uhlaw.com
        R Scott Alsterda    rsalsterda@uhlaw.com, ralsterda@ecf.epiqsystems.com
        Stephen C Needham    on behalf of Creditor   BAC HOME LOANS SERVICING LP sneedham@noonanandlieberman.com, igarza@noonanandlieberman.com;ccocanig@noonanandlieberman.com
        Yanick  Polycarpe    on behalf of Creditor  Wachovia Mortgage, FSB fka World Savings Bank, FSB ypolycarpe@atty-pierce.com, northerndistrict@atty-pierce.com

        TOTAL: 9