UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § § § | |
| PRAH, JAMES V JR. | § § § | Case No. 10-27119 |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     R. SCOTT ALSTERDA, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: <br>    CHAPTER 7 ADMIN. FEES <br>    AND CHARGES <br>    (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER <br>    ADMIN. FEES AND <br>    CHARGES (from **Exhibit 5**) |  |  |  |  |
|    PRIORITY UNSECURED <br>    CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED <br> CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

     4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

     5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____     By:/s/R. SCOTT ALSTERDA, TRUSTEE_____
                                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bachomelns 450 American St Simi Valley, CA 93065 | | | | | |
| | Gmac Mtg 3451 Hammond Ave Waterloo, IA 50702-5345 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gmac Mtg 3451 Hammond Ave Waterloo, IA 50702-5345 | | | | | |
| | Wach Mtg 3348 Lakeshore Ave Oakland, CA 94610-2383 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| UNGARETTI & HARRIS LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664 | | | | | |
| | Illinois Dept of Employmnt Security 33 S. State Street 10 th Floor Chicago, IL 60603 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Central Insolvency Operations PO Box 21126 Philadelphia, PA 19114 | | | | | |
| 000003 | DEPARTMENT OF TREASURY | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American 10440 Little Patuxent Parkway Box Columbia, MD 21044-3561 | | | | | |
| | American 10440 Little Patuxent Parkway Columbia, MD 21044-3561 | | | | | |
| | Amex P.O. Box 297871 Fort Lauderdale, FL 33329-7871 | | | | | |
| | Amgnl 5124 N Harlem Ave. Harwood Heights, IL 60706 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Auroraloan 601 5th Avenue Scottsbluff, NE 69361-3541 | | | | | |
| | Bk Of Amer 475 Crosspoint Pkwy Getzville, NY 14068 | | | | | |
| | Bk Of Amer 475 Crosspoint Pkwy Getzville, NY 14068 | | | | | |
| | Bkunited 4350 Sheridan Street Hollywood, FL 33021-3512 | | | | | |
| | Bkunited 4350 Sheridan Street Hollywood, FL 33021-3512 | | | | | |
| | Bp/Citi Po Box 15687 Wilmington, DE 19850 | | | | | |
| | Cap One Po Box 85015 Richmond, VA 23285 | | | | | |
| | Chase 10790 Rancho Bernardo Rd San Diego, CA 92127 | | | | | |
| | Chase 201 N Walnut Street Mailstop De1-1027 Wilmington, DE 19801 | | | | | |
| | Chgo Pm Cu 1359 W. Washington Chicago, IL 60607 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chgo Pm Cu 1359 W. Washington Chicago, IL 60607 | | | | | |
| | Chgo Pm Cu 1359 W. Washington Chicago, IL 60607 | | | | | |
| | Citi P.O. Box 6500 C/O Citi Corp Sioux Falls, SD 57117-6500 | | | | | |
| | Citi P.O. Box 6500 C/O Citi Corp Sioux Falls, SD 57117-6500 | | | | | |
| | Citimortge 5280 Corporate Dr Po Box 9442- Dept 025 Gaithersburg, MD 20898 | | | | | |
| | Coletaylor 5501 West 79th St Burbank, IL 60459 | | | | | |
| | Crowley & Lamb PC 350 N. LaSalle Suite 900 Chicago, IL 60654 | | | | | |
| | Discovr Cd Po Box15316 Att:Cms/Prod Develop Wilmington, DE 19850-5316 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discovr Cd Po Box15316 Att:Cms/Prod Develop Wilmington, DE 19850-5316 | | | | | |
| | Gemb/Abt Po Box 981439 El Paso, TX 79998-1439 | | | | | |
| | Hsbc Bank Po Box 19360 Portland, OR 97280 | | | | | |
| | Hsbc/Bsbuy Po Box 15519 Wilmington, DE 19850 | | | | | |
| | Hsbc/Mnrds 90 Christiana Road New Castle, DE 19720 | | | | | |
| | Lvnvfundg Po Box 10584 Greenville, SC 29603 | | | | | |
| | Ntl City 1 Cascade Plaza Akron, OH 44305 | | | | | |
| | Peoplesene 130 E. Randolph Drive Chicago, IL 60601 | | | | | |
| | Peoplesene 130 E. Randolph Drive Chicago, IL 60601 | | | | | |
| | Peoplesene 130 E. Randolph Drive Chicago, IL 60601 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Peoplesene 130 E. Randolph Drive Chicago, IL 60601 | | | | | |
| | Peoplesene 130 E. Randolph Drive Chicago, IL 60601 | | | | | |
| | Peoplesene 130 E. Randolph Drive Chicago, IL 60601 | | | | | |
| | Peoplesene 130 E. Randolph Drive Chicago, IL 60601 | | | | | |
| | Peoplesene 130 E. Randolph Drive Chicago, IL 60601 | | | | | |
| | Rnb-Field3 3701 Wayzata Blvd Mail Stop #2-Cf Minneapolis, MN 55416 | | | | | |
| | Thd/Cbsd Ccs Gray Ops Center 541 Sid Martin Rd Gray, TN 37615 | | | | | |
| | Wellsfargo 405 Sw 5th St Des Moines, IA 50309-4626 | | | | | |
| 000001 | BANKFINANCIAL, FSB C/O GEORGE KONTO | | | | | |
| 000004 | CAPITAL RECOVERY III LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | DISCOVER BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

Case No: 10-27119 ERW Judge: EUGENE R. WEDOFF  
Case Name: PRAH, JAMES V JR.  
For Period Ending: 05/30/13

Trustee Name: R. SCOTT ALSTERDA, TRUSTEE  
Date Filed (f) or Converted (c): 06/16/10 (f)  
341(a) Meeting Date: 08/26/10  
Claims Bar Date: 02/22/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6332 West Fitch; Chicago, Illinois 60646 | 134,250.00 | 0.00 | | 0.00 | FA |
| 2. 6420 South Oakley; Chicago, Illinois | 50,000.00 | 0.00 | | 0.00 | FA |
| 3. 6446 South Hermitage; Chicago, Illinois | 125,000.00 | 0.00 | | 0.00 | FA |
| 4. Legacy Dunes, Kissimee, Florida. Purchased in 2007 | 45,000.00 | 0.00 | | 0.00 | FA |
| 5. Bank of America joint checking account, joint with | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. Savings account, joint with wife | 3,000.00 | 0.00 | | 0.00 | FA |
| 7. Life Insurance (Term) 250,000 | 1.00 | 0.00 | | 0.00 | FA |
| 8. Life Insurance (Term) 250,000 | 1.00 | 0.00 | | 0.00 | FA |
| 9. Illinois Trition Svaings account | 0.00 | 0.00 | | 0.00 | FA |
| 10. IRA - wife's | 25,000.00 | 0.00 | | 0.00 | FA |
| 11. Chicago Defense Comp | 0.00 | 0.00 | | 0.00 | FA |
| 12. Chicago Pension (non-ventu) | 0.00 | 0.00 | | 0.00 | FA |
| 13. Centerline Real Estate, An Illinois Corporation. N | 0.00 | 0.00 | | 0.00 | FA |
| 14. H & P Investments, LLC an Illinois Corporation. Ow | 100,000.00 | 0.00 | | 0.00 | FA |
| 15. Gateway Farms Inc | 1.00 | 0.00 | | 0.00 | FA |
| 16. 2009 tax refund: estimated $20,000 accountant Jack | 0.00 | 0.00 | | 10,524.50 | FA |
| 17. 2001 Ford Expedtion | 205,000.00 | 0.00 | | 0.00 | FA |
| 18. 2000 Infiniti 245 | 140,000.00 | 0.00 | | 0.00 | FA |
| 19. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.29 | Unknown |

TOTALS (Excluding Unknown Values)     $829,253.00     $0.00     $10,526.79

Value of Remaining Assets  
$0.00  
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Report, Fee Applications, Distribution and Final Account.

Initial Projected Date of Final Report (TFR): 07/31/11     Current Projected Date of Final Report (TFR): 07/30/12

PFORM1     Ver: 17.02d

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 10-27119 -ERW | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | PRAH, JAMES V JR. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9784  Checking Account |
| Taxpayer ID No: | *******7448 | | |
| For Period Ending: | 05/30/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 10,392.83 | | 10,392.83 |
| 09/19/12 | 030001 | R. SCOTT ALSTERDA, TRUSTEE<br>3500 THREE FIRST NATIONAL PLAZA<br>70 WEST MADISON AVENUE<br>CHICAGO, IL  60602-4283 | Chapter 7 Compensation/Fees | 2100-000 | | 1,802.66 | 8,590.17 |
| 09/19/12 | 030002 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Claim 000005, Payment 100.00000% | 3120-000 | | 524.00 | 8,066.17 |
| * 09/19/12 | 030003 | Department of Treasury<br>Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Claim 000003, Payment 100.00000% | 5800-003 | | 500.00 | 7,566.17 |
| 09/19/12 | 030004 | BankFinancial, FSB c/o George Kontos<br>Portfolio Banking Representative<br>15W060 N. Frontage Road<br>Burr Ridge, IL 60527 | Claim 000001, Payment 3.91283% | 7100-000 | | 7,169.54 | 396.63 |
| 09/19/12 | 030005 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 3.91282% | 7100-000 | | 336.46 | 60.17 |
| 09/19/12 | 030006 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Avenue, suite 1120<br>Miami, FL 33131-1605 | Claim 000004, Payment 3.91283% | 7100-000 | | 60.17 | 0.00 |
| * 12/12/12 | 030003 | Department of Treasury<br>Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Claim 000003, Payment 100.00000%<br>Check 30003 was stopped (voided) due to the return of the Check from Dept of Treasury (the claim was paid by the Debtor) | 5800-003 | | -500.00 | 500.00 |
| * 12/12/12 | 030007 | BankFinancial, FSB c/o George Kontos<br>Portfolio Banking Representative<br>15W060 N. Frontage Road<br>Burr Ridge, IL 60527 | Claim 000001, Payment 0.25857% | 7100-003 | | 473.79 | 26.21 |
| 12/12/12 | 030008 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 0.25852% | 7100-000 | | 22.23 | 3.98 |
| 12/12/12 | 030009 | Capital Recovery III LLC<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Avenue, suite 1120<br>Miami, FL 33131-1605 | Claim 000004, Payment 0.25882% | 7100-000 | | 3.98 | 0.00 |
| * 05/09/13 | 030007 | BankFinancial, FSB c/o George Kontos<br>Portfolio Banking Representative<br>15W060 N. Frontage Road<br>Burr Ridge, IL 60527 | Claim 000001, Payment 0.25857%<br>Check was mailed but never deposited. Creditor contacted.  Check not found - reissued check (90 days Void) | 7100-003 | | -473.79 | 473.79 |
| 05/09/13 | 030010 | BankFinancial, FSB<br>Portfolio Banking Representative<br>15W060 N. Frontage Road | Claim 000001, Payment 0.25857% | 7100-000 | | 473.79 | 0.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 10-27119 -ERW | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
| Case Name: | PRAH, JAMES V JR. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9784 Checking Account |
| Taxpayer ID No: | *******7448 | | |
| For Period Ending: | 05/30/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Burr Ridge, IL 60527 | | | | | |

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-27119 -ERW | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | PRAH, JAMES V JR. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9122 BofA - Money Market Account |
| Taxpayer ID No: | *******7448 | | |
| For Period Ending: | 05/30/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/19/10 | 16 | James V. Prah, Jr. 6332 W. Fitch Ave. Chicago, IL 60646 | Federal Tax Refund 50% of federal tax refund for 2009 | 1124-000 | 9,354.00 | | 9,354.00 |
| 11/19/10 | 16 | James V. Prah, Jr. 6332 W. Fitch Ave. Chicago, IL 60646 | State Tax Refund 50% of state tax refund | 1124-000 | 1,170.50 | | 10,524.50 |
| 11/30/10 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 10,524.58 |
| 12/31/10 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.27 | | 10,524.85 |
| 01/31/11 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.27 | | 10,525.12 |
| 02/07/11 | 000301 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Blanket Bond (Int'l Sureties, Inc) | 2300-000 | | 8.42 | 10,516.70 |
| 02/28/11 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,516.78 |
| 03/31/11 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,516.87 |
| 04/29/11 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,516.95 |
| 05/31/11 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,517.04 |
| 06/30/11 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,517.13 |
| 07/29/11 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,517.21 |
| 08/31/11 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 10,517.31 |
| 09/30/11 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,517.40 |
| 10/31/11 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,517.49 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.40 | 10,504.09 |
| 11/30/11 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,504.18 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.95 | 10,491.23 |
| 12/30/11 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,491.32 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.93 | 10,478.39 |
| 01/31/12 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,478.48 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.74 | 10,464.74 |
| 02/29/12 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,464.82 |
| 02/29/12 | 000302 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Blanket Bond (Int'l Sureties, Inc) | 2300-000 | | 8.38 | 10,456.44 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.44 | 10,444.00 |
| 03/30/12 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,444.09 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.84 | 10,431.25 |
| 04/30/12 | 19 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.09 | | 10,431.34 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.25 | 10,418.09 |
| 05/31/12 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,418.18 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.24 | 10,404.94 |
| 06/29/12 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,405.02 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.37 | 10,392.65 |
| 07/31/12 | 19 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,392.74 |
| 08/31/12 | 19 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.09 | | 10,392.83 |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 10,392.83 | 0.00 |

**Total Of All Accounts** 0.00